UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT



U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 JUL 29 AM 9:40

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| PBM NUTRITIONALS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AQWISE-WISE WATER TECHNOLOGIES LTD.,<br><br>Defendant. | CIVIL ACTION NO. 5:17-cv-00238-GWC |

### NOTICE OF SETTLEMENT

Please be advised that the parties hereto have executed a settlement agreement dated July 27, 2020 requiring certain performance to be completed within ninety (90) days therefrom. At that time the parties expect to file a stipulation of dismissal.

Accordingly, the parties respectfully request that this matter be held in abeyance until October 26, 2020.

Respectfully submitted,

/s/ Gary L. Franklin
Gary L. Franklin, Esq.
PRIMMER PIPER EGGLESTON &
CRAMER PC
gfranklin@primmer.com
30 Main Street, Suite 500
P.O. Box 1489
Burlington, VT 05402-1489
(802) 864-0880

*Attorneys for PBM Nutritionals, LLC*

Respectfully submitted,

/s/ William B. Miller, Jr.
William B. Miller, Jr.
LANGROCK SPERRY & WOOL, LLP
wmiller@langrock.com
111 South Pleasant Street
P.O. Drawer 351
Middlebury, VT 05753-0351
(802) 388-6356

And

4433569.1

/s/ Paul J. Murphy
Paul J. Murphy (admitted pro hac vice)
John F. Farraher (admitted pro hac vice)
GREENBERG TRAURIG, LLP
murphyp@gtlaw.com
farraherj@gtlaw.com
1 International Place, Suite 2000
Boston, MA 02110
(617) 310-6000

*Attorneys for Aqwise-Wise Water Technologies Ltd.*

SO ORDERED.

Dated in Rutland, in the District of Vermont, this 29th day of July, 2020.

_____
Geoffrey W. Crawford, Chief Judge
U. S. District Court